IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JULIE WINKELMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, MATT HAYHURST, as an agent of State Farm, and JOHN DOES 1-4,<br><br>    Defendants. | CV 25-24-M-KLD<br><br>ORDER |

  Plaintiff Jule Winkelman and Defendant State Farm Automobile Insurance Company have filed a Stipulation for Dismissal with Prejudice as to Plaintiff's claims against State Farm. (Doc. 18). Plaintiff also provides notice pursuant to Federal Rule of Civil Procedure 41(a) of dismissal with prejudice of her claims against Defendant Matt Hayhurst, who has not been served or entered an appearance in the case. (Doc. 18). Accordingly,

  IT IS ORDERED that the above-captioned action is DISMISSED WITH

//

//

1

PREJUDICE with each party to pay their respective costs and fees. The Clerk of Court is directed to close the case file.

DATED this 11th day of June, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge